**Electronically Filed
Supreme Court
SCPW-18-0000550
30-JUN-2020
09:07 AM**

SCPW-18-0000550

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LANRIC HYLAND, Petitioner,

vs.

RONALD S. GONZALES ET AL., Respondents.

---

ORIGINAL PROCEEDING

ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner's "Motion to Compel", which was filed as a petition for writ of mandamus, the respective supporting documents, and the record,

IT IS HEREBY ORDERED that the petition for writ of mandamus is dismissed.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawai'i, June 30, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

